UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNEST N. BENJAMIN,
        Petitioner,

     CIVIL ACTION

   v.

     NO. 04-11025-PBS

LUIS SPENCER,
        Respondent.

O R D E R

Pursuant to the provisions of Rule 40.1(I) of the Local Rules, the above-entitled case is hereby transferred to Judge Tauro of this Court for all further proceedings.

            s/ Patti B. Saris
            PATTI B. SARIS
            United States District Judge

Date: 6/2/04

Copies to:  Counsel, Operations Manager

(transfer.wpd - 7/99)                   [divtranout.]