**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.   04-11025

Title:   Benjamin v. Spencer

## N O T I C E

Pursuant to Local Rule 40.1(l), please take notice that this case previously assigned to Judge   Saris   has been reassigned to Judge   Tauro   for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials   JLT   .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   s/ Linn A. Weissman
Deputy Clerk

Date:   6/7/04

(noticeoftransfer.wpd - 3/15/02)                                                      [ntccsasgn.]