UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 29 A 9: 51

U.S. DISTRICT COURT
OF MASS.

| | |
|---|---|
| ERNEST N. BENJAMIN,<br>Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>Respondent. | )<br>)<br>)<br>)<br>) Civil Action No. 2004-11025-JLT<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel of record for Luis Spencer, the respondent in the above-captioned action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

*/s/ Eva M. Badway*
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: June 29, 2004

### Certificate of Service

I hereby certify that, on June 29, 2004, I caused to be served a true and correct copy of the foregoing Notice of Appearance by mailing a copy of the same by first class mail, postage prepaid, and addressed as follows: Ernest N. Benjamin, *pro se*, MCI- Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056.

*/s/ Eva M. Badway*
Eva M. Badway