UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNEST N. BENJAMIN, )
    Petitioner, )
)
v. ) Civil Action No. 2004-11025-JLT
)
LUIS SPENCER, )
    Respondent. )

## RESPONDENT'S MOTION TO DISMISS

Luis Spencer, Superintendent of the Massachusetts Correctional Institution – Norfolk, the respondent, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). The petition is subject to dismissal on two independent grounds. First, this Court lacks jurisdiction where the petition is a "second or successive" petition that has not been authorized by the United States Court of Appeals for the First Circuit. *See* 28 U.S.C. §2244(b). Secondly, in the alternative, the petition must be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions.

WHEREFORE, the respondent respectfully requests that this Court dismiss this petition with prejudice.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: June 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2004, I caused to be served a true and correct copy of the foregoing Motion to Dismiss by mailing a copy of the same by first class mail, postage prepaid, and addressed as follows: Ernest N. Benjamin, *pro se*, MCI- Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056.

/s/ Eva M. Badway
Eva M. Badway