UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNEST N. BENJAMIN.
    Petitioner

v.                              Civil Action No. 2004-11025-JLT

LUIS SPENCER,
    Respondent.

PETITIONER'S OPPOSITION TO
THE RESPONDENT'S MOTION TO DISMISS

Respondent fails to mention that after judge tauro accepted the magistrate's report and recommendation, the petitioner filed a motion for extension of time to file opposition to magistrate's report and recommendation which was ALLOWED (6-9-03), then the petitioner filed a motion to dismiss petition without prejudice on 8-20-03. This motion was granted by judge tauro on 9-8-03 and the case was closed.

Since both habeas petition's were dismissed by request of the petitioner, without prejudice, this instant petition cannot be treated as a "second or successive" petition that has not been authorized by the U.S. Court of Appeals for the 1st Cir.

(1)

This instant petition is not barred by the one year statute of limitation.

<u>204-11025 JLT</u>

1-28-00 SJC Affirms Conviction (50 days)

3-17-00 Petitioner Files First Habeas Petition.

12-27-00 Petitioner Files Rule 30 Motion In Trial Court.

12-27-00 Petitioner Files Motion To Stay 1st Habeas Petition To Exhaust State Remedies.

1-16-01 Petitioner Files Motion To Dismiss 1st Habeas Petition Without Prejudice.

2-5-01 Judge Tauro Grants Motion To Dismiss 1st Habeas Petition Without Prejudice (66 days).

4-11-01 Trial Court Denies Rule 30 Motion

4-30-01 Petitoner Files 2nd Habeas Petition (20 days).

8-20-03 Petioner Files Motion To Dismiss 2nd Habeas Petition Without Prejudice.

9-8-03 Judge Tauro Grants Motion To Dismiss 2nd Habeas Petition Without Prejudice. (82 days).

11-28-03 Petitioner Files Motion For Required Finding In Superior Court.

1-15-04 Petitioner Motion For Required Finding Denied.

1-23-04 Notice Of Appeal For Required Finding Motion Entered.

3-11-04 Petitoner Files Motion For Leave To Re-File Gatekeeper Petition.

3-26-04 Single Justice Grantes Motion For Leave To Re-File Gatekeeper Petition.

5-6-04 Single Justice Denies Gatekeeper Petition.

5-20-04 Petitioner Files 3rd Habeas Petition

```
 50 days
 82 days
 49 days
 15 days
 66 days
262 days.
```

For the reasons stated herein this opposition, the Petitioner respectfully moves this Honorable Court to deny the respondent's motion to dismiss.

Respectfully Submitted

Mr. Ernest N. Benjamin
MCI-NORFOLK UNIT 3-3
Post Office Box 43
Norfolk, Mass 02056-0043

CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2004, I caused to be served a true and correct copy of the forgoing Opposition to the respondent's motion to dismiss by mailing a copy of the same by first class mail postage prepaid, and address as follows: Eva M. Badway, Assistant Attorney General Criminal Bureau, One Ashburton Place, Boston, Mass 02108