UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ernest Benjamin,
          Petitioner

v.

Luis Spencer,
          Respeondent

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Now comes Ernest Benjamin, pro se, who moves this Honorable Court, pursuant to 18 U.S.C., § 3006A(a)(2)(B), to appoint counsel to represent him in the above matter.

In support of this motion, the petitioner directs the Court to his attached Affidavit In Support thereof.

WHEREFORE, for the reasons stated above and in the intereste of justice, the petitioner prays this Honorable Court will appoint counsel to represent Him in the above matter.

                                    Pespectfully submitted,

DATE:_____
                                      Ernest Benjamin
                                      MCI-Norfolk
                                      2 Clark St./P.O. Box 43
                                      Norfolk, MA. 02056-0043

- 2 -

7) Without the assistance of counsel in this matter I will be unable to adequately format and present the relevant facts and applicable law to this Court and will be unduly prejudiced by such.

Signed under the pains and penalties of perjury.

Respectfully submitted,

Ernest Benjamin
MCI-Norfolk
2 Clark St./P.O. Box 43
Norfolk, MA 02056-0043

DATE: /  /05

CERTIFICATE OF SERVICE

I, Ernest Benjamin, do hereby certify that I have served upon all parties pertinent to this action, a true and complete copy of my Motion For Appointment of Counsel to their respective addresses. Signed this ___ day of _____, 2005 under the pains and penalties of perjury.

Respectfully submitted,

Ernest Benjamin