UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ernest Benjamin,
                Petitioner

v.

Luis Spencer,
                Respondent

PETITIONER'S AFFIDAVIT IN SUPPORT OF
MOTION FOR APPOINTMENT OF COUNSEL

I, Ernest Benjamin, on oath states the following facts on personal knowledge:

1) I am the petitioner in the above matter and submit this affidavit in support of my motion for appointment of counsel;

2) I am presently serving a sentence of Life Without the Possibility of Parole at Massachusetts Correctional Institution at Norfolk;

3) At all times during trial and on direct appeal I was represented by Court appointed counsel;

4) I lack a basic knowledge and understanding of legal proceedings which includes the ability to draft legal documents;

5) I have previously filed a State motion for new trial and appeal of such pro se;

6) I have submitted numerous substantial and complex legal and factual issues, including ineffective assistance of counsel;