UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EARNEST N. BENJAMIN,            )
          Petitioner,           )
                                )
                                )
v.                              )
                                )
                                )
LUIS SPENCER,                   )
          Respondent.           )

FILED
CLERKS OFFICE

2005 FEB 14  P 3:49

U.S. DISTRICT COURT
DISTRICT OF MASS

PETITIONER'S OBJECTION TO THE FINDINGS AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE, ROBERT B. COLLINGS,
PURSUANT TO F.R.CIV.P., RULE 72(b)

Now comes the petitioner, Earnest N. Benjamin, acting pro-se in the above-referenced matter and hereby states his objection to the findings and recommendations of Collings, U.S.M.J..

As grounds for this objection your movant states:

1. As a matter of law, once the Judge Tauro allowed the petitioner to dismiss the second petiton without prejudice, said petition cannot be construed as a second or successive petition and therefore the matter should have been considered on the merits of the claims.

2. As the Magistrate judge pointed out, "if [the] petitioner elected to proceed with an adjudication of his exhausted claims in the first petition, and those claims were, in fact, adjudicated, a second petition would be subject to dismissal as a 'second or successive' petition. (citation omitted).""...post-AEDPA cases... have preserved the rule that if the original petition did not produce an adjudication, (as was the case herein), on the merits a prisoner's later petition did not produce an

adjudication on the merits a prisoner's later petition **will not be deemed 'second or successive'**." Pratt v. United States, 129 F.3d 54, 60 (1st. Cir. 1997). Accordingly, the petitioner's instant case should not have been dismissed because no adjudication of the petitioner's first petition was ever issued by the district court.

Wherefore, the petitioner respectfully requests that the District Court reject the findings and recommendations of the Magistrate Judge and allow the instant case to proceed on its merits.

Dated: February 12. 2005.

Respectfully submitted,

Earnest N. Benjamin,
P.O. Box 43
Norfolk, MA  02056

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
EARNEST N. BENJAMIN,            )
            Petitioner,         )
                                )
                                )
    V.                          )
                                )
                                )
                                )
LUIS SPENCER,                   )
            Respondent.         )
```

CERTIFICATE OF SERVICE

I, Earnest N. Benjaim, have cause to be served upon _____, the Assistant Attorney General one copy of the petitioners objection to the findings and recommendations dismissing the petitioner's complaint, via first class mail.

Dated: February 12, 2005.                Respectfully submitted,

                                         Earnest N. Benjamine,
                                         P.O. box 43
                                         Norfolk, MA  02056