UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EARNEST N. BENJAMIN,        )
        Petitioner,   )
                         )
                         )
                         )
    v.                     )
                         )
                         )
LUIS SPENCER,               )
        Respondent.   )

## NOTICE OF APPEAL

Now comes the petitoner, Earnest N. Benjamine, acting pro se, and hereby gives his notice of intent to appeal the judgement and findings of United States Magistrate Judge, Robert B. Collings Dated February 7, 2005. The petitioner also appeals the denial of his objection to said findings and recommendations and subsequent dismissal of his petition on March 22, 2005.

Respectfully submitted,

Earnest N. Benjamin,
Petitioner/Pro-se
P.O. Box 43
Norfolk, MA  02056