UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Ernest N. Benjamin**
    Plaintiff

V.

**Luis Spencer**
    Defendant

CIVIL ACTION

NO. **01-cv-10748 JLT**

## JUDGMENT

**Tauro, D. J.**

In accordance with the Court's Endorsement dated **March 22, 2005** adopting the Magistrate Judge's Report and Recommendation of **February 7, 2005** granting **#8** Motion to Dismiss in the above-entitled action, it is hereby ORDERED:

Judgment for the **RESPONDENT**.

By the Court,

**May 5, 2005**
    Date

/s/ Kimberly M. Abaid
Deputy Clerk

(R&R Judgment.wpd - 12/98)