# United States District Court
# District of Massachusetts

ERNEST N. BENJAMIN,
    Petitioner,

V.                                 CIVIL ACTION NO. 2004-11025-JLT

LUIS SPENCER,
    Respondent.

## ORDER ON PETITIONER'S MOTION TO AMEND PETITION OF HABEAS CORPUS (#26)

COLLINGS, U.S.M.J.

It is ORDERED that the Petitioner's Motion to Amend Petition of Habeas Corpus (#26) be, and the same hereby is, DENIED. The Court has already ruled that the petition in the instant case, i.e. C.A. 2004-11025-JLT, is a successive petition to the petition in C.A. 2001-10748-JLT. The petitioner has appealed that ruling.[1] Amending the petition in C.A. 2004-11025-JLT would not change anything - that petition would still be "successive" to the earlier petition.

---

[1] The appeal has been docketed in the First Circuit Court of Appeals as Case No. 05-1589.

Petitioner avers that he no longer has the papers from the earlier case. Accordingly, the Clerk is mailing to the petitioner, along with a copy of the within Order, copies of the following documents from the file of C.A. 2001-10748-JLT.

(1) Current docket

(2) Petition (#2)

(3) Memorandum in Support of Petition, Etc. (#3)

(4) Judge Bowlers' Report and Recommendation dated January 25, 2002 containing Judge Tauro's March 26, 2002 endorsement.

(5) Judge Bowlers' Report and Recommendation dated April 12, 2002 containing Judge Tauro's August 22, 2002 endorsement.

(6) Judgment in C.A. 2001-10748-JLT entered May 5, 2005.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 30, 2005.