MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

Inmate Name............    BENJAMIN    ERNEST

Commitment number....    W61272

Period encompassed....    1/1/2005 THRU    7/1/2005

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 835.10 | 0.00 | 835.10 |
| 20% of Six Month Average Daily Balance | 167.02 |  |  |
| Total Expenditures for Period |  |  | 941.78 |
| Total Income for Period |  |  | 1998.25 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: _10:51 AM_

Date: _7/7/05_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

*your copy*

MASSACHUSETTS                                    MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| Inmate Name............. | BENJAMIN | ERNEST | |
|---|---|---|---|
| Commitment number.... | W61272 | | |
| Period encompassed.... | 1/1/2005 THRU | | 7/1/2005 |

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 835.10 | 0.00 | 835.10 |
| 20% of Six Month Average Daily Balance | 167.02 | | |
| Total Expenditures for Period | | | 941.78 |
| Total Income for Period | | | 1998.25 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: _10:51 AM_

Date: _7/7/05_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

Court

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20050706 12:45**

Page : 1

| Commit# : | W61272 | | | | MCI NORFOLK | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | BENJAMIN, ERNEST, . | | | | **Statement From** | 20050101 | | | |
| Inst : | MCI NORFOLK | | | | To | 20050706 | | | |
| Block : | 3-3 | | | | | | | | |
| Cell/Bed : | 104 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $4,645.64 | $4,288.63 | $0.00 | $0.00 |
| 20050103 13:47 | EX - External Disbursement | 3919491 | 61921 | NOR | YORK PHOTO LAB | $0.00 | $8.80 | $0.00 | $0.00 |
| 20050103 13:47 | MA - Maintenance and Administration | 3919492 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050103 13:48 | EX - External Disbursement | 3919494 | 61920 | NOR | AFRICAN AMERICAN IMAGES | $0.00 | $14.50 | $0.00 | $0.00 |
| 20050103 15:13 | ML - Mail | 3920192 | | NOR | GEORGE WHITE | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050105 23:02 | PY - Payroll | 3937879 | | NOR | 20041219 To 20041225 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050106 14:52 | CI - Transfer from Club to Inmate A/c | 3944393 | | NOR | 12/29/04 CANTEEN REFUND W61272 BENJAMIN,ERNEST PERSONAL KCN WASH ACCOUNT - Z5 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3947209 | | NOR | Canteen Date 20050106 | $0.00 | $20.13 | $0.00 | $0.00 |
| 20050110 10:43 | ML - Mail | 3954154 | | NOR | DOROTHY BENJAMIN-BENJAMIN, DOROTHY, . | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050112 23:03 | PY - Payroll | 3971242 | | NOR | 20041226 To 20050101 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981210 | | NOR | | $1.02 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3994240 | | NOR | Canteen Date 20050113 | $0.00 | $59.49 | $0.00 | $0.00 |
| 20050119 23:05 | PY - Payroll | 4015298 | | NOR | 20050102 To 20050108 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050120 14:30 | ML - Mail | 4021761 | | NOR | BRANDY CLINTON | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050120 14:30 | ML - Mail | 4021762 | | NOR | BRANDY CLINTON | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4024234 | | NOR | Canteen Date 20050120 | $0.00 | $14.74 | $0.00 | $0.00 |
| 20050125 10:50 | ML - Mail | 4033101 | | NOR | J CONCEPCION | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050126 23:02 | PY - Payroll | 4044448 | | NOR | 20050109 To 20050115 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050127 22:30 | CN - Canteen | 4052553 | | NOR | Canteen Date 20050127 | $0.00 | $57.45 | $0.00 | $0.00 |
| 20050128 14:07 | ML - Mail | 4055257 | 351 | NOR | EPHTEO Y EVANS | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050202 23:05 | PY - Payroll | 4077416 | | NOR | 20050116 To 20050122 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4085448 | | NOR | Canteen Date 20050203 | $0.00 | $13.75 | $0.00 | $0.00 |
| 20050204 12:36 | ML - Mail | 4089601 | | NOR | NO NAME ON MONEYORDER #08-215725031, WESTERN UNION M O | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050204 12:36 | MA - Maintenance and Administration | 4089602 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110335 | | NOR | | $1.03 | $0.00 | $0.00 | $0.00 |
| 20050209 23:05 | PY - Payroll | 4127585 | | NOR | 20050123 To 20050129 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050210 14:08 | ML - Mail | 4134636 | 1470 | NOR | FRANK F SHANTON H-SHANTON H, FRANK, F. | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4137076 | | NOR | Canteen Date 20050210 | $0.00 | $43.65 | $0.00 | $0.00 |
| 20050211 09:34 | ML - Mail | 4139013 | | NOR | BRANDY | $200.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :   20050706 12:45**

| Commit# : | W61272 | | | | MCI NORFOLK | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name   : | BENJAMIN, ERNEST, , | | | | **Statement From** | 20050101 | | | |
| Inst   : | MCI NORFOLK | | | | To | 20050706 | | | |
| Block  : | 3-3 | | | | | | | | |
| Cell/Bed : | 104 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20050211 10:46 | IC - Transfer from Inmate to Club A/c | 4139537 | | NOR | HAIRCUT REVENUE - Z3 -HAIRCUT REVENUE - Z3 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050211 10:46 | IC - Transfer from Inmate to Club A/c | 4139542 | | NOR | PHOTO - Z13 -PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050214 10:45 | ML - Mail | 4143716 | 384 | NOR | EPHITEO Y EVANS -EVANS, EPHITEO, Y, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050216 14:49 | IC - Transfer from Inmate to Club A/c | 4154863 | | NOR | EPHITO EVANS -POSTAGE - Z11 POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050216 23:04 | PY - Payroll | 4160241 | | NOR | 20050130 To 20050205 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4164456 | | NOR | Canteen Date  20050217 | $0.00 | $24.13 | $0.00 | $0.00 |
| 20050218 14:43 | ML - Mail | 4171902 | | NOR | ROSA SICARI | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050223 08:53 | ML - Mail | 4182368 | 494 | NOR | CRYSTAL HOUSTON -HOUSTON, CRYSTAL, | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050223 23:03 | PY - Payroll | 4189227 | | NOR | 20050206 To 20050212 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4 97111 | | NOR | Canteen Date  20050224 | $0.00 | $43.15 | $0.00 | $0.00 |
| 20050228 11:37 | IC - Transfer from Inmate to Club A/c | 4203459 | | NOR | z-21 -LIFER'S GROUP - Z21 LIFER'S GROUP - Z21 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050228 11:37 | IC - Transfer from Inmate to Club A/c | 4203466 | | NOR | z-21 -LIFER'S GROUP - Z21 LIFER'S GROUP - Z21 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050302 13:20 | ML - Mail | 4214020 | | NOR | CRYSTAL HOUSTON -HOUSTON, CRYSTAL, | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050302 13:20 | MA - Maintenance and Administration | 4214021 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 23:03 | PY - Payroll | 4220863 | | NOR | 20050213 To 20050219 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050303 22:30 | CN - Canteen | 4230455 | | NOR | Canteen Date  20050303 | $0.00 | $57.98 | $0.00 | $0.00 |
| 20050307 14:44 | ML - Mail | 4239820 | | NOR | JOSE GURLEY | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050307 14:45 | ML - Mail | 4239823 | | NOR | RODNEY GONZALEZ | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050309 23:03 | PY - Payroll | 4250058 | | NOR | 20050220 To 20050226 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4264279 | | NOR | Canteen Date  20050310 | $0.00 | $18.68 | $0.00 | $0.00 |
| 20050311 08:32 | VI - Visitation | 4266391 | | NOR | FRANK SHANTON III -SHANTON III, FRANK, F. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050311 09:34 | EX - External Disbursement | 4267187 | 63102 | NOR | YORK PHOTO LABS | $0.00 | $7.80 | $0.00 | $0.00 |
| 20050314 00:20 | ML - Mail | 4271218 | 502 | NOR | HOUSTON, CRYSTAL, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281467 | | NOR | | $1.61 | $0.00 | $0.00 | $0.00 |
| 20050316 23:05 | PY - Payroll | 4303503 | | NOR | 20050227 To 20050305 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050317 22:30 | CN - Canteen | 4311517 | | NOR | Canteen Date  20050317 | $0.00 | $31.58 | $0.00 | $0.00 |
| 20050321 09:42 | ML - Mail | 4318044 | | NOR | J. CONCEPION | $45.00 | $0.00 | $0.00 | $0.00 |
| 20050323 08:02 | IC - Transfer from Inmate to Club A/c | 4328276 | | NOR | PHOTO - Z13 -PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050323 23:04 | PY - Payroll | 4335378 | | NOR | 20050306 To 20050312 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050330 13:39 | ML - Mail | 4361151 | | NOR | Frank Shanton III -SHANTON III, FRANK, F. | $25.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050706 12:45

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W61272 | | | | MCI NORFOLK | | Page : | 3 |
| Name : | BENJAMIN, ERNEST. , | | | | Statement From | 20050101 | | |
| Inst : | MCI NORFOLK | | | | To | 20050706 | | |
| Block : | 3.3 | | | | | | | |
| Cell/Bed : | 104 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050330 23:06 | PY - Payroll | 4366727 | | NOR | 20050313 To 20050319 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050401 09:13 | ML - Mail | 4377320 | | NOR | Brandy Clinton | $150.00 | $0.00 | $0.00 | $0.00 |
| 20050401 09:13 | MA - Maintenance and Administration | 4377322 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050404 14:05 | IC - Transfer from Inmate to Club A/c | 4385805 | | NOR | INMATE CLOTHING PURCHASE - Z51 INMATE CLOTHING PURCHASE - Z51 | $0.00 | $34.78 | $0.00 | $0.00 |
| 20050404 14:12 | ML - Mail | 4385925 | 511 | NOR | CRYSTAL HOUSTON | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050404 15:06 | IC - Transfer from Inmate to Club A/c | 4386484 | | NOR | AFRICAN AMERICAN - Z23 AFRICAN AMERICAN - Z23 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050406 23:03 | PY - Payroll | 4404286 | | NOR | 20050320 To 20050326 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4414617 | | NOR | Canteen Date 20050407 | $0.00 | $59.93 | $0.00 | $0.00 |
| 20050408 16:47 | IN - Interest | 4421442 | | NOR | | $2.55 | $0.00 | $0.00 | $0.00 |
| 20050411 09:41 | ML - Mail | 4436684 | | NOR | Jarrod Benjamin BENJAMIN, JARROD , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050413 08:43 | IC - Transfer from Inmate to Club A/c | 4447394 | | NOR | PHOTO - Z13 PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20050413 23:04 | PY - Payroll | 4455196 | | NOR | 20050327 To 20050402 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050415 14:27 | ML - Mail | 4467538 | 373 | NOR | EPHITEO Y EVANS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050420 23:12 | PY - Payroll | 4485980 | | NOR | 20050403 To 20050409 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494243 | | NOR | Canteen Date 20050421 | $0.00 | $59.55 | $0.00 | $0.00 |
| 20050422 09:43 | IC - Transfer from Inmate to Club A/c | 4496595 | | NOR | PHOTO - Z13 PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20050422 10:12 | EX - External Disbursement | 4496779 | 63946 | NOR | YORK PHOTO LABS | $0.00 | $7.60 | $0.00 | $0.00 |
| 20050427 23:03 | PY - Payroll | 4516469 | | NOR | 20050410 To 20050416 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4525363 | | NOR | Canteen Date 20050428 | $0.00 | $12.92 | $0.00 | $0.00 |
| 20050504 12:41 | ML - Mail | 4546864 | | NOR | 3 mo brandy clinton | $195.00 | $0.00 | $0.00 | $0.00 |
| 20050504 12:41 | MA - Maintenance and Administration | 4546866 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050504 23:06 | PY - Payroll | 4553827 | | NOR | 20050417 To 20050423 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050505 14:28 | ML - Mail | 4560825 | | NOR | George White WHITE, GEORGE, | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IN - Interest | 4587885 | | NOR | | $3.50 | $0.00 | $0.00 | $0.00 |
| 20050511 23:05 | PY - Payroll | 4605148 | | NOR | 20050424 To 20050430 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050512 22:30 | CN - Canteen | 4611870 | | NOR | Canteen Date 20050512 | $0.00 | $37.82 | $0.00 | $0.00 |
| 20050513 14:04 | ML - Mail | 4618129 | | NOR | FRANK SHANTON | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050516 10:03 | EX - External Disbursement | 4621581 | 64285 | NOR | YORK PHOTO LAB | $0.00 | $5.80 | $0.00 | $0.00 |
| 20050518 23:07 | PY - Payroll | 4639520 | | NOR | 20050501 To 20050507 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050519 09:36 | IC - Transfer from Inmate to Club A/c | 4644004 | | NOR | Z26 FAMILY AWARENESS - Z26 FAMILY AWARENESS - Z26 | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20050706 12:45**

| Commit# : | W61272 | | | | | MCI NORFOLK | | | Page : | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Name  : | BENJAMIN, ERNEST. . | | | | Statement From | 20050101 | | | | |
| Inst  : | MCI NORFOLK | | | | | To | 20050706 | | | |
| Block  : | 3-3 | | | | | | | | | |
| Cell/Bed : | 104 /A | | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050519 22:30 | CN - Canteen | 4645763 | | NOR | Canteen Date : 20050519 | $0.00 | $47.36 | $0.00 | $0.00 |
| 20050525 09:30 | EX - External Disbursement | 4663398 | 64452 | NOR | EPHITEO EVANS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20050525 23:09 | PY - Payroll | 4671146 | | NOR | 20050508 To 20050514 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050526 13:17 | IC - Transfer from Inmate to Club A/c | 4676492 | | NOR | SODA CAN REFUND 3-3 - Z133  SODA CAN REFUND 3-3 - Z133 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4680894 | | NOR | Canteen Date : 20050526 | $0.00 | $58.93 | $0.00 | $0.00 |
| 20050531 11:21 | EX - External Disbursement | 4687935 | 64564 | NOR | YORK PHOTO LABS | $0.00 | $5.80 | $0.00 | $0.00 |
| 20050601 23:04 | PY - Payroll | 4701426 | | NOR | 20050515 To 20050521 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050608 23:06 | PY - Payroll | 4739865 | | NOR | 20050522 To 20050528 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IN - Interest | 4749761 | | NOR | | $4.51 | $0.00 | $0.00 | $0.00 |
| 20050613 10:04 | ML - Mail | 4771157 | | NOR | Latoya Benjamin BENJAMIN, LATOYA, . | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050613 10:04 | MA - Maintenance and Administration | 4771159 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050615 23:03 | PY - Payroll | 4789640 | | NOR | 20050529 To 20050604 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050616 22:30 | CN - Canteen | 4796767 | | NOR | Canteen Date : 20050616 | $0.00 | $59.75 | $0.00 | $0.00 |
| 20050620 10:17 | EX - External Disbursement | 4804769 | 64861 | NOR | YORK PHOTO LABS | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050621 08:41 | IC - Transfer from Inmate to Club A/c | 4808946 | | NOR | PHOTO - Z13  PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050621 12:27 | ML - Mail | 4811121 | | NOR | Yvonne Jones | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050622 23:11 | PY - Payroll | 4822680 | | NOR | 20050605 To 20050611 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050623 14:44 | ML - Mail | 4828391 | | NOR | Brandy Clinton CLINTON, BRANDY, . | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050623 22:30 | CN - Canteen | 4840788 | | NOR | Canteen Date : 20050623 | $0.00 | $37.11 | $0.00 | $0.00 |
| 20050629 14:04 | ML - Mail | 4847537 | | NOR | Frank Shanton SHANTON III, FRANK, F. | $85.00 | $0.00 | $0.00 | $0.00 |
| 20050629 23:04 | PY - Payroll | 4854410 | | NOR | 20050612 To 20050618 | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $1,998.25 | $941.78 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $1,413.48 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $1,413.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |