*04-11025*
*USDC/MA*
*Tauro, J*

## MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1589

ERNEST N. BENJAMIN,
Petitioner, Appellant,

v.

LUIS SPENCER, SUPERINTENDENT,
Respondent, Appellee.

---

**JUDGMENT**
**Entered:  February 15, 2006**

By order entered January 30, 2006, appellant Ernest Benjamin was directed to notify this court if he sought to pursue an appeal from the district court's denial of his 2004 habeas petition as second or successive.  Appellant was warned that failure to respond by 2/14/06 would lead to dismissal of Appeal No. 05-1589 for lack of prosecution.

Appellant having failed to file a timely response, it is hereby ordered that Appeal No. 05-1589 be dismissed in accordance with Local Rule 3(b).  Appeal No. 05-2328 remains pending.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

By: MARGARET CARTER
_____
Chief Deputy Clerk

_____
Deputy Clerk

Date: 3/9/06

[cc:  Ernest N. Benjamin, Eva M. Badway, AAG]